STEPHEN H. ROGERS, ESQ.
Nevada Bar No. 5755
ROGERS, MASTRANGELO, CARVALHO & MITCHELL
700 South Third Street
Las Vegas, Nevada 89101
Phone (702) 383-3400
Fax (702) 384-1460
Email: srogers@rmcmlaw.com
Attorneys for Defendant

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| ALYSSA NICOLE WINDER,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, dba STATE FARM; DOES I- X; and ROE CORPORATIONS I - X, inclusive,<br><br>　　　　Defendants. | CASE NO.:   2:23-cv-01443-JAD-DJA<br><br>ECF No. 5 |

## STIPULATION AND ORDER FOR DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, through their respective counsel of record, that the Complaint in the above-entitled matter be dismissed with prejudice as all parties have agreed to submit this case to binding arbitration, and all parties to bear their own costs and attorney's fees.

DATED this 5th day of October, 2023.　　　　DATED this 5th day of October, 2023.

SPRENZ LAW　　　　　　　　　　　　　　ROGERS, MASTRANGELO, CARVALHO
　　　　　　　　　　　　　　　　　　　　　　& MITCHELL

/s/ *Kevin A. Sprenz*　　　　　　　　　　　　/s/ *Stephen H. Rogers*

Kevin A. Sprenz, Esq.　　　　　　　　　　　Stephen H. Rogers, Esq.
Nevada Bar No. 7924　　　　　　　　　　　Nevada Bar No. 5755
9960 W. Cheyenne Ave, Ste. 170　　　　　　700 South Third Street
Las Vegas, Nevada 89129　　　　　　　　　Las Vegas, Nevada 89101
*Attorney for Plaintiff*　　　　　　　　　　　*Attorney for Defendant*

Alyssa Winder v. State Farm Mutual Automobile Insurance Company
Case No.: 2:23-cv-01443-JAD-DJA

## ORDER

Based on the parties' stipulation [ECF No. 5] and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. The Clerk of Court is directed to CLOSE THIS CASE.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: October 12, 2023

Submitted by:

ROGERS, MASTRANGELO, CARVALHO & MITCHELL

/s/ *Stephen H. Rogers*
_____
Stephen H. Rogers, Esq.
Nevada Bar No. 5755
700 South Third Street
Las Vegas, Nevada 89101
*Attorney for Defendant*